UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARBARA ZOTTOLA, on behalf of herself and
all others similarly situated,

                Plaintiff,

-against-                                    20 **CIVIL** 2600 (PMH)

## **JUDGMENT**

EISAI INC., et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 29, 2021, Defendants' motion to dismiss Plaintiff's Complaint is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 29, 2021

                                                   **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                              **BY:**  *K. Mango*
                                                     **Deputy Clerk**